

CASE # 3:19-cv-454-J-34JBT

# Untied States of America

# Middle District Court

# Jacksonville, FL.

## Stop the perpetration of Constitutional Crimes

### Four Generations of Constitutional Deprivations

J.A. Nelson

Vs

Commonwealth of Kentucky

Kentucky BAR Association

Sen. Mitch Mc Connell

U.S. American BAR association

# UNITED STATES DISTRICT COURT
## *FOR THE*
## MIDDLE DISTRICT OF FLORIDA
### ELEVENTH CIRCUIT

JAMES A. NELSON; Pro Se )
)           Case # _____
)
VS )
)
Commonwealth of Kentucky; )
Kentucky BAR Association, )
Mitch McConnell - )
American BAR Association. )
)

### Injunction & Response & Protection of Law

If my form, manner or delivery is poor, I apologize and ask your empathy to look beyond my disabilities, lack of wealth and failings; that we resolve this in a way that increases American unity instead of this path of division, we appear to be on. If I seem repetitious, understand, I have already said all this and have done so for years, I would rather not have to do any of this. Understand if I talk about things I have been involved with in the Military it is to provide alternative verification of context; for justice, not for attention.

1) **Injunction** to Stop [Hancock, KY County Court] Trial barred by law {**Trial April 22, 2019- 1p.m.-**address/ph# below}- case #18-CI-000069 Judge may be misinformed [not receiving my filings intact?) by corrupted officers/clerk of court *{see chronological evidence in part attached- matter held already in Federal Court-not returned-marooned from appeal/Supreme Court-Case #3:12-cv-01308-TJC-JRK}* – locals who have demanded I sell the farm are seeking to take and sell it now, even my home- evidence says to evade the law and equal responsibility to law and prevent public redress of the abuse of rights America is paying to employ. The rule of law has been broken and hidden.

2) A-Seek definitive response why **Four Generations of Constitutional Deprivation and Crimes finds no due process** (U.S./KY/IN/FL) and B- why the victims are persecuted and denied benefit or protection of law, in other States of America and C- how the BAR has failed to protect and preserve the laws of my rights and why D- America and Kentucky have never appeared to defend or protect my Constitutional Rights....establishing a vacated jurisdiction

Page 1 of 9

where this court resides; with evidence that personal choice of officials is more important that what the democratic legislative law/Constitutional law says in equal measure for all parties.

3) **Protection: 4 generations of compromised acts of integrity create a workforce to prevent justice and evade the law-to preserve their income and benefits-if one controls access to court or the benefit of law...**--Each legitimate primary owner or Heir apparent of these farms who COULD or WOULD seek benefit of law appears to have had people placed near us to attempt to cause us problems or acts that would compromise our character witness ability or disable us and or defeat our ability to pursue justice. Similar to the Bivens vs 6 unknown agents- U.S. Court- Compromised communications and home security have been constant for decades and makes mockery of democratic justice rule of law. My Aunts Communist thing may very well have been influenced to gain hold over my Uncle before he left Government work and returned to the farms. My Sister, Brother, Mother and their children may all have been subject to the uncommon influences and crimes to discredit us, cause us legal issue and keep us involved far away from Kentucky. Insight will show that my Father, then Brother/Sister/Mother all were let go from work and have had difficulty since this and other matters. After filing the modified FL probate of my Father; my Sister and the Attorney she worked for at her firm were 'dis-employed' and *not re-hired elsewhere*. My Sister had been denied inheritance already paid her in the will found.

===================================================================

**My Military and Government Service-** may confuse certain issues. Despite being kept busy in the Navy as an E-5, I still somehow managed to find myself involved with matters that were uncommon, & are believed a part of the acts to deprive me of wealth/health/happiness and dealing with untrue character smearing (see attached - I have still asked for investigations to clarify and resolve; but no due process- and no clarity or limitations of information by government yet- I've asked for decades)- Understand the seal put onto my military records and services has eluded my FOIA's [2010 or so- Gov- responded and demanded $15K+ just to begin FOIA process for me and that there was no knowing how much the total would cost-] and filings with Department of Justice to discover just what is going on that could defeat American law enforcement, without a sigh. If you research you will see I went to Washington D.C. in 2007 to bring official attention to stop the abuses and resolve whatever problem was and end the made up

conflicts ...instead {FBI actually refused me entrance and raised an alarm} , I made contact and report to DOJ & was told the group of Attorney's at DOJ went to the Whitehouse after blocks and seals on my record led them to Pres. G. Bush whose wife I saved in Morocco in 1990- that 7 of those U.S. Attorney's were fired for refusing to ignore the violations on my rights. I don't know. I had also followed missing ammo from my squadron and opened discovery of a big munitions theft/resale ring that had access to [and?] nuclear WMD (1991-92) . I still don't get Veteran Affairs health care though fully qualified – since the botched surgery and medical malpractice that disabled me further and remains outside of due process since 2004, even though reported by V.A. staff and I when it occurred. Don't let yourself get sidetracked from the fact that four generations of Constitutional deprivation/abuses establishes the loss of credit or public authority for corrupted officials acts; but it surely evidences disturbingly strong evidence why collusion or even treason would be afoot and not corrected...even if the reason is criminal...the absence of benefit of law and absence of due process say much. If such a vacated jurisdiction has been made of the farm land and IF my government believes the law is not able to deliver Constitutional right protectionss and someone causes the sale of these farms...isn't full disclosure a legal right to obtain full value? Forfeited and vacated jurisdiction land in the heartland USA...would a little Hong Kong or Panama Canal possession legality of other sovereign possession in Kentucky actually help America or just demonstrate that building walls when the interior possession and defense is not protected or evidenced, appears futile. Why protect the wall when you have not protected us? (U.S.) If the farms are to be seized and sold then I have the right of full recompense and not the price of 1-1/4 annual crops income (I only get a small fraction of crop- 11% on one/as rent- but it helps greatly with the health care denied by Veterans affairs)...as the County Attorney has claimed this farm being worth; 2miles long/half mile wide with Ohio riverfront [Grandview, Indiana's prized river view is of this farm riverfront] with a former u.s. two lane highway through the middle and a railroad at the south end...plus oil and gas deposits (don't know about coal) and annual soy and corn crops for near on 144/210/90? 3-farms acres- yet I live in near poverty, even denied Veteran Affairs medical care. Odd.

### Proper Venue and Jurisdiction

a- I am a resident of Putnam County, Florida [I reside at 116 Nutmeg Trail, Interlachen, FL. 32148 no mail delivered there see Post office box address J.A. Nelson P.O. Box 140882, Gainesville,

FL 32614 /p.o. box 1378 Interlachen, FL 32148- no landline phone- no internet] ; I am a disabled Veteran of 14+ Years Honorable service whose botched Veteran Affairs Surgery failed due process was heard here and this Matter of land was partly addressed, in this Court, in Case # 3:12-cv-01308-TJC-JRK where the jurisdiction of cause was approved- matter marooned away from appeal or arising to the U.S. Supreme Court- appeal fees paid but no due process.

b- Venue is correct as Kentucky officials have refused me access to Kentucky court for years only to seek someone else to make competing claim to cause distraction to evade rule of law, have incorrectly entered Florida domain to touch and make legal action while refusing to obey Kentucky rules/law on long-arm reach statutes and limitations upon Kentucky's authority in Florida on Florida residents. I have already sought Commonwealth of Kentucky intervention to no avail. This is the next step asides from public inclusion.

**<u>Some supporting information – attachments include full complaint to seek partition and sale of the land when they have no probate or act to give them ownership that I know of- my communications-filing and the Lee County Probate documentation that eliminates claim/ also attached are a few documents to demonstrate I have sought benefit of law enforcement to investigate who is to blame and stop the abuse which remains in evasion of law and with no known due process begun yet- since 2002 and beyond.</u>**

I) If democracy has no place there and the court acts in a vacated jurisdiction in a manner not proscribed by U.S. or KY law...isn't that the establishment of a new sovereign and authority? Why is Mitch Mc Connell supporting, representing and funding constitutional deprivation and abuse? The illegal highway built through the farm (CR 334 was U.S. 60)...his wife Secretary of U.S. D.O.T.? Check the $80k grant in 2008 given to break my Constitutional rights by constructing a city water line miles outside of the city and to only one old farm home exists between my place and the county border- who enjoyed easement utilities from the neighboring county. Hancock Judge Executive McCaslin demanded I accept $1.00 for the additional intrusions {tens thousands of linear feet}; which I refused. Construction never halted. Safe at Home, huh?

II) When I asked Sheriff/County Attorney why they would not take up any cause or estate- I was told several blasé things and that I or my Brother would be dead soon and that would settle it...my Brother then had several near fatal accidents, so have I -Run down by a semi tractor in 2005 just near the KY farm , days after being drugged and beaten in Fl.-the truck company

owned by a Florida couple where I was attacked previously when seeking information about felony breaking/entering and shootings on my Florida property where my locks, storage/vehicles and other things shot up-removed from due process because of locals complicity- when Indiana court and Veteran Affairs *(after botched surgery before refusal of care)* kept demanding my presence in IN/KY/ FL[back and forth for some years {2002-2008) ] then cancel upon my arrival and break-ins-damages occurred in whatever domicile KY/FL I was not near- an odd matter is one of the people demanding I sell to them, a older neighbor waited on the highway one day *[never before or after]* to stop me and tell me to go back to the farm and drive my Kia instead of my truck...then I get run down by a semi [in my truck]...) My Brother died after another 'accident' with head injury in 2016. I am the correct legal heir, by survivorship and previous wills. I made timely and just claim of survivorship which has been ignored for years (making policy and practice and case law that renters in Hancock don't have to pay for three years or more and no action can be taken against them...still unpaid-some $40,000+ supposedly taken and left in Indiana at a private business) - while my family to the south says someone in Hancock sought and aid for them to make the claim against me...which means they committed fraud- but was it coerced or willing? One or more of the petitioners is under the State Attorney's purview now.

III) **Hancock County (KY) Court seeking to take and auction disabled Veterans home and farm unjustly in trial today April 22, 2019- after 1.p.m. –KY** Court has not replied with any directions or submission*(no subpoena/no deposition)* of evidence nor to answer this Court act is barred by the law being imposed (that law is only upon both parties being in Hancock County-not Florida) and Parties *(petitioners)* already granted Lee County, Florida jurisdiction of probate and state they had no right to anything to obtain $500K debt forgiveness; then now making dual claim on my rights in Kentucky in matter where precedent crimes have not found legal resolution and Constitutional crimes remain uncorrected. Their Kentucky Attorney is the County Attorney who is complicit, along with other local officials as evidenced in material submitted herein- they may not be presenting what I have filed to the Judge to hear. Can someone obtain oversight by the correct/honest authority? This legal debacle and some medical care take most of my income...without the farm income; I will have difficulty. Locals *(KY)* have demanded this farm be sold to "worthy locals" for decades. Also the third contiguous farm to these two was left to

me in Will of my Uncle Joseph A. Nelson whose will *(copy of will held by Gov. –FBI –re-processed part of my missing mail evidence from 1994-1995 to me in 1997- when I was injured)*- has never been probated- to confuse or diffuse the right of the legitimate owner to seek justice- that multi-million dollar estate somehow was processed in FL, IN, KY with no will, no probate to my Aunt who has sold much of it {they had divorce issues}, even after I and my Father, visited the KY/IN courthouses seeking the probate while on active military duty leave).

IV) **Because deceit is afoot, I am filing my Kentucky first response and filing into these federal records to prove the filing made and seeking direction on Pro Se representation and appearance, ignored. NO docket ever sent- no submission guidelines. When the Court failed response to me and no due process begun- I did not send all my evidence or data. The Court's demand to touch me but being unable/unwilling to provide multi-state resources to obtain other States Citizens depositions/witness and Federal Records including my Uncles Will… The FBI data base will show my name from 199?-1997 or so- that mail of mine from Kentucky/Indiana was pulled out and supposedly found opened in the home of a postal employee in Atlanta, Georgia. My Uncle, Aunt and I went over his will when I visited on military leave in 1993 and he died in 1995. His middle-aged companion dog left to me was put to sleep that next day, by my Aunt.**

V) The Cause in Kentucky has so far been completely **unilateral,** the court has heard no motion or filing of mine that I know ( in months) of as there has been zero response to direct, rules, appearance of pro se etc or demonstrate the courts right to touch me here: since seeking that law last fall. Opposing counsel is the County Attorney whose father was county attorney when some of the wrongs happened. Kentucky Statutes at that time commanded the County to protect properties borders, in addition to other protections and rights.

VI) **Before you think this is only a "Fishing suit"- building a fishing suit by creating a major felony ($500k) in a distant county of another State…only seems to illustrate no legal act intended and no fear of the law- ALL THE UNPROSECUTED CRIMES AND FOUR GENERATIONS OF CONSITUTIONAL DEPRIVATION/VIOLATIONS AND OPPRESSION- THE EFFORT TO FORCE THE SALE of THIS LAND HAS BEEN**

ONGOING BY NUMEROUS PARTIES, SOME INFLUENTIAL/SOME WEALTHY; THERE IS CONCERN THE FARM WILL BE SOLD NO MATTER WHAT AND ALL THE PROCEEDS TAKEN LIKE THE 2002-2011 Indiana court on one of these farms-where the Judge wrote the will, then adjudicated it and refused any due process of investigation when I discovered the crimes about and on my rights.

VII) I don't know about the integrity of documents submitted by others of this action (corrupted officials), but it should be impossible to ignore all the illegal constructs upon these lands that bear no instrument or device of legal contract or allowance to exist as they do. Even the County Attorney's submission of deeds and county aerial photo's prove both the illegal occupation without compensation and corruption of inheritance and that no easement or condemnation made before I filed claim there upon. **THERE IS NO WAY TO IGNORE THE ILLEGAL CONSTRUCTS (U.S. 60-NOW cr334-PAVED/SIDE/FARM ROADS/CABLE/TELEPHONE/ WATER UTILITY Nor the illegal mining/dredge of the farms Ohio River riverbed causing great erosion and loss of the tillable farmland -ETC-** Research in Hancock County will likely show no documentation produced that would allow sight into issues...no permits, and if this land is to be taken and sold...why has the Court ignored there is no survey on the middle farm (since ever & 1860 the largest) and on the survey I filed and hired out in 2005 ...it proves no road-no highway easement-no condemnation.

VIII) Additionally this jurisdiction practices corruption of jury and voter pool by withholding public information about some families or things (like this land issue) from the news, papers, local news, legal notices and public information services as proscribed by applicable laws of the land (U.S./KY/local). If you research you will see this cause of land value/rights remains marooned in U.S. Court that has not responded to preserve, protect or restore my rights. James A. Nelson Case # 3:12-cv-01308-TJC-JRK and I made recent appeals for justice the U.S. President/Dir. Mueller/U.S. Attorney/KY Governor; State of Florida Courts- only two replies-one thought my post office box was out of their jurisdiction...and the other claimed to not know to file it...so, like telling a rape victim to go home and think about making a report ...it was sent back to me and no due process has begun that I know of, since 2002.

IX) If you read the filings I and documents I sent the Court you will agree there were several due process acts required upon the Court immediately upon that information service…none of which have occurred. If the actions of this cause intend to BECOME legal, it seems uncommon they would evade due process/break the law and rules even now unless they had zero fear of the law and no expectation of public awareness of this court act and inaction.

X) Lawless Officials reflect poorly upon America, and I don't like that at all & they don't make good domestic tranquility. Hancock made false charges on Indiana resident, young Abraham Lincoln when he had not even been on Kentucky soil.

XI) COUNTY COURT IN KENTUCKY -this Court/Sheriff/County Attorney-etc has also aided the defeat of County Jurisdiction and Kentucky State jurisdiction in a disputed sum greater than $10,000.00 (now $35k+ ) this Court allowed the renter who has not fully paid in three years to again take the rent out touch of this jurisdiction that is charged to protect my rights. Court noticed months after Sheriff and County Attorney refused to respond or act…court also did not acts months later; allowing the defeat of Hancock and State of Kentucky Jurisdiction. Possibly just to cause more loss and problems. You will find, if you check into this, that at least four of the Attorney' involved are present or former Kentucky County or City Attorneys…who refuse to recognize any wrongs herein and protect the Constitutions of the authority of law.

XII) EVIDENCED ACTS TO EVADE THE LAW AND DEFEAT JUSTICE BY CONFUSING PROPERTY OWNERSHIP AND SEEKING TO TAKE AND AUCTION FARM AGAINST Owner's demand who is Disabled Veteran in Florida ///this County Attorney is also the Attorney bringing a matter for hearing even though complicit in Constitutional Crimes he is seeking the Court to defeat victims recovery for all time.

XIII) Attention should be noted that without full investigation results it should still not be missed that the companies and their peers who would fear the public address of a matter like {the unlawfully possessed easements/etc- do they fear a tobacco suit future?} this may indeed have had much influence.

Conclusion: Respond to clarify and resolve this situation, restore my rights, restore me, and let us all move on in life. Stop troubling the lives of my family. I seek the Hancock Court to be stopped and corrected, before costing me anything more and resolutions thereto same.

I seek a written/typed-signed response from each of the Defendants and all relief the Court sees fit to grant. I will discuss previous unpaid matters or their compensation with officials at another time as the inclusion or eclipse of ever newer abuses may confuse issues but fails to destroy the right or right of recovery. I do believe the farms are justly mine by the will/clause/orders/practice etc as put forth, and it is not my desire to sell any or divide any part thereof now. I do believe they should be insight into where my Uncle Joseph A. Nelson's Will is and why it was never probated and insure his intent of farm ownership is perfected.

This matter is a genuine concern as the legal actions appear to defeat the authority upon which entire States/nation and their appurtenances are allowed to be convened and empowered, & illuminate severe weaknesses and failures in the American Justice system (BARs), public services and civil dis-obedience within public service equality. By placing this suit, I do hope to obtain benefit of law enforcement that protects, serves and benefits my rights, not alienate them.

I also do not abrogate myself from rights of unresolved legal actions apart from, before or unrelated/related to this cause and action. I seek any recovery of this act to not inhibit any other Plaintiff action nor scope beyond and for any monetary recovery or re-assignment of interest/ownership to be free from taxation and a return of the years of rent payments due, left in Indiana. If any party does not respond, I seek the Court to levy upon them a cost greater than the threat of loss and income made upon my disabled person and life, unable to run defend myself, for more years from crime Hancock is paid to stop and correct.

Very respectfully, James A. Nelson, Plaintiff Pro Se.

_____

P.O. Box 140882 Gainesville, FL 32614

22APR19

The Hancock County Court    Civil Suit #18-CI-000069
200 Court Square
Hawesville, KY 42348
Ph 270-927-8144
Fax 270-927-8629
Hancock Sheriff Dale Bozarth
Hancock County Attorney Paul Madden JR.
3,705w 9 pages – 22,386c